IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| BRENDA K. MONK, | ) | |
| *(Ashley Nicole Monk, child)* | ) | Case No. 4:06CV00075 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | By: Jackson L. Kiser |
| Commissioner of Social Security, | ) | Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

Before me is the *Report and Recommendation* [17] of the United States Magistrate Judge and the Plaintiff's *Objections* [18]. For the reasons stated in the accompanying *Memorandum Opinion,* I **ADOPT** the Magistrate Judge's *Report and Recommendation,* **OVERRULE** the Plaintiff's *Objections*, and **GRANT** the Defendant's *Motion to Dismiss* for lack of jurisdiction. Accordingly, this case will be **DISMISSED** from the docket of this Court.

The Clerk is directed to send certified copies of this *Order* and the accompanying *Memorandum Opinion* to all counsel of record and to the Plaintiff.

Entered this 12th day of September, 2007.

s/Jackson L. Kiser
Senior United States District Judge